15342

PEOPLES NAT. BANK OF GREENVILLE v. HARRISON *ET AL.*

(18 S. E. (2d), 1)

458

460

461

462

464

466

468

472

*Mr: W. B. McGowan,* of Greenville, for appellants Bryan Wofford, John Wofford, Ellen McMahan, Sally McMahan, Thomas McMahan, Charles Lambeth and Sally Lambeth,

*Messrs. Perrin & Tinsley,* of Spartanburg, for appellant Bessie C. Wofford,

*Mr. Hoke B. Black,* of Greenville, for appellants Emma C. McMahan and Sallie C. Lambeth,

*Messrs. Blythe & Bonham,* of Greenville, for respondents Grace Smith Harrison, Anne Smith Cook, Rebecca Smith, Holman Smith, Blanding Smith Guignard, Hettie Smith and Meta Smith,

*Mr. Black,* in reply brief,

December 15, 1941.

The opinion of the Court was delivered by MR. ASSOCIATE JUSTICE STUKES.

This Court is in agreement with the reasoning and conclusions of the excellent decree of his Honor, Judge Oxner, which sufficiently states the facts and contentions in this case. The able and earnest arguments of appellants' counsel have been carefully considered, as have the exceptions, which latter are, however overruled. The judgment below will be reported as the judgment of this Court.

Affirmed.

MESSRS. ASSOCIATE JUSTICES BAKER and FISHBURNE and MR. ACTING ASSOCIATE JUSTICE G. DUNCAN BELLINGER concur.

MR. CHIEF JUSTICE BONHAM did not participate.